# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

Filed: March 17, 2023

```
* * * * * * * * * * * * * * * * * *
NANCY SORGE,                       *        UNPUBLISHED
                                   *
            Petitioner,            *        No. 21-1759V
                                   *
v.                                 *        Special Master Dorsey
                                   *
SECRETARY OF HEALTH                *        Decision Based on Stipulation; Tetanus-
AND HUMAN SERVICES,                *        Diphtheria-Acellular Pertussis ("Tdap")
                                   *        Vaccine; Shoulder Injury Related to Vaccine
            Respondent.            *        Administration ("SIRVA").
                                   *
* * * * * * * * * * * * * * * * * *
```

Elizabeth Kyla Abramson, Maglio Christopher & Toale, P.A., Washington, DC, for Petitioner.
Emilie Williams, U.S. Department of Justice, Washington, DC, for Respondent.

## DECISION BASED ON STIPULATION[1]

On August 25, 2021, Nancy Sorge ("Petitioner") filed a petition in the National Vaccine Injury Program[2] alleging that she suffered a shoulder injury related to vaccine administration ("SIRVA") as a result of a tetanus-diphtheria-acellular pertussis ("Tdap") vaccine she received on August 29, 2018.  Amended Petition at 1, 9 (ECF No. 25).

On March 16, 2023, the parties filed a stipulation recommending an award of compensation to Petitioner.  Stipulation (ECF No. 47).  Respondent denies that Petitioner sustained a SIRVA Table injury; denied that the Tdap vaccine caused her alleged shoulder injury

---

[1] Because this Decision contains a reasoned explanation for the action in this case, the undersigned is required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002.  44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services).  **This means the Decision will be available to anyone with access to the Internet.**  In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy.  If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] The National Vaccine Injury Compensation Program is set forth in Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-10 to -34 (2012) ("Vaccine Act" or "the Act").  All citations in this Decision to individual sections of the Vaccine Act are to 42 U.S.C.A. § 300aa.

or any other injury or condition; and denies that her current condition is a sequela of a vaccine-related injury.  Nevertheless, the parties agree to the joint stipulation, attached hereto as Appendix A.  The undersigned finds the stipulation reasonable and adopts it as the decision of the Court in awarding damages, on the terms set forth therein.

The parties stipulate that Petitioner shall receive the following compensation:

**(1) A lump sum of $140,162.02 in the form of a check payable to Petitioner; and**

**(2) A lump sum of $40,088.47, representing reimbursement of a Medicaid lien for services rendered to Petitioner by the State of Connecticut, in the form of a check payable jointly to Petitioner and the Connecticut Department of Administrative Services:**

> **Department of Administrative Services**
> **Collections**
> **450 Columbus Boulevard, Suite 1001**
> **Hartford, CT 06103**

This amount represents compensation for all damages that would be available under 42 U.S.C. § 300aa-15(a).  Stipulation at ¶ 8.

The undersigned approves the requested amount for Petitioner's compensation. Accordingly, an award should be made consistent with the stipulation.

In the absence of a motion for review filed pursuant to RCFC Appendix B, the Clerk of Court **SHALL ENTER JUDGMENT** in accordance with the terms of the parties' stipulation.[3]

   **IT IS SO ORDERED.**

**s/Nora B. Dorsey**
Nora B. Dorsey
Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment is expedited by the parties' joint filing of notice renouncing the right to seek review.

DocuSign Envelope ID: 1A7EC151-5577-4054-9179-2B204446A987

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
OFFICE OF SPECIAL MASTERS

```
*************************************
NANCY SORGE,                         *
                                     *
                 Petitioner,         *        No. 21-1759V
                                     *        Special Master Dorsey
v.                                   *
                                     *
SECRETARY OF HEALTH AND              *
HUMAN SERVICES,                      *
                                     *
                 Respondent.         *
*************************************
```

## STIPULATION

The parties hereby stipulate to the following matters:

1.     Petitioner filed a petition for vaccine compensation under the National Vaccine

Injury Compensation Program, 42 U.S.C. § 300aa-10 to 34 (the "Vaccine Program"). The

petition seeks compensation for injuries allegedly related to petitioner's receipt of a tetanus-

diphtheria-acellular pertussis ("Tdap") vaccine, which vaccine is contained in the Vaccine Injury

Table (the "Table"), 42 C.F.R. § 100.3 (a).

2.     Petitioner received the Tdap vaccination on August 29, 2018.

3.     The vaccine was administered within the United States.

4.     Petitioner alleges that she sustained a shoulder injury related to vaccine

administration ("SIRVA") within the time period set forth in the Table.  She further alleges that

she has experienced residual effects of her alleged injury for more than six months.

5.     Petitioner represents that there has been no prior award or settlement of a civil

action for damages on her behalf as a result of her condition.

DocuSign Envelope ID: 1A7EC151-5577-4054-9179-2B204446A987

6.     Respondent denies that petitioner sustained a SIRVA Table injury; denies that the Tdap vaccine caused her alleged shoulder injury or any other injury or condition; and denies that her current condition is a sequelae of a vaccine-related injury.

7.     Maintaining their above-stated positions, the parties nevertheless now agree that the issues between them shall be settled and that a decision should be entered awarding the compensation described in paragraph 8 of this Stipulation.

8.     As soon as practicable after an entry of judgment reflecting a decision consistent with the terms of this Stipulation, and after petitioner has filed an election to receive compensation pursuant to 42 U.S.C. § 300aa-21(a)(1), the Secretary of Health and Human Services will issue the following vaccine compensation payments:

A.     A lump sum of **$140,162.02** in the form of a check payable to petitioner; and

B.     A lump sum of **$40,088.47,**[1] representing reimbursement of a Medicaid lien for services rendered to petitioner by the State of Connecticut, in the form of a check payable jointly to petitioner and the Connecticut Department of Administrative Services:

Department of Administrative Services
Collections
450 Columbus Boulevard, Suite 1001
Hartford, CT 06103

Petitioner agrees to endorse this check to the Department of Administrative Services.

These amounts represent compensation for all damages that would be available under 42 U.S.C. § 300aa-15(a).

---

[1] This amount represents full satisfaction of any right of subrogation, assignment, claim, lien, or cause of action the State of Connecticut may have against any individual as a result of any Medicaid payments the Connecticut Program has made to or on behalf of Nancy Sorge as a result of her alleged vaccine-related injury suffered on or about August 29, 2018, under Title XIX of the Social Security Act, see 42 U.S.C. § 300aa-15(g), (h).

2

DocuSign Envelope ID: 1A7EC151-5577-4054-9179-2B204446A987

9.      As soon as practicable after the entry of judgment on entitlement in this case, and after petitioner has filed both a proper and timely election to receive compensation pursuant to 42 U.S.C. § 300aa-21(a)(1), and an application, the parties will submit to further proceedings before the special master to award reasonable attorneys' fees and costs incurred in proceeding upon this petition.

10.     Petitioner and her attorney represent that compensation to be provided pursuant to this Stipulation is not for any items or services for which the Program is not primarily liable under 42 U.S.C. § 300aa- 15(g), to the extent that payment has been made or can reasonably be expected to be made under any State compensation programs, insurance policies, Federal or State health benefits programs (other than Title XIX of the Social Security Act (42 U.S.C. § 1396 et seq.)), or by entities that provide health services on a pre-paid basis.

11.     Payments made pursuant to paragraph 8 and any amounts awarded pursuant to paragraph 9 of this Stipulation will be made in accordance with 42 U.S.C. § 300aa-15(i), subject to the availability of sufficient statutory funds.

12.     The parties and their attorneys further agree and stipulate that, except for any award for attorneys' fees, and litigation costs, and past unreimbursable expenses, the money provided pursuant to this Stipulation will be used solely for the benefit of petitioner as contemplated by a strict construction of 42 U.S.C. § 300aa-15(a) and (d), and subject to the conditions of 42 U.S.C. § 300aa-15(g) and (h).

13.     In return for the payments described in paragraphs 8 and 9, petitioner, in her individual capacity and on behalf of her heirs, executors, administrators, successors or assigns, does forever irrevocably and unconditionally release, acquit and discharge the United States and the Secretary of Health and Human Services from any and all actions or causes of action

DocuSign Envelope ID: 1A7EC151-5577-4054-9179-2B204446A987

(including agreements, judgments, claims, damages, loss of services, expenses and all demands of whatever kind or nature) that have been brought, could have been brought, or could be timely brought in the Court of Federal Claims, under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa-10 et seq., on account of, or in any way growing out of, any and all known or unknown, suspected or unsuspected personal injuries to or death of petitioner resulting from, or alleged to have resulted from, Tdap vaccination administered on August 29, 2018, as alleged by petitioner in a petition for vaccine compensation filed on or about August 25, 2021 (and as amended on or about April 20, 2022), in the United States Court of Federal Claims as petition No. 21-1759V.

14.   If petitioner should die prior to entry of judgment, this agreement shall be voidable upon proper notice to the Court on behalf of either or both of the parties.

15.   If the special master fails to issue a decision in complete conformity with the terms of this Stipulation or if the Court of Federal Claims fails to enter judgment in conformity with a decision that is in complete conformity with the terms of this Stipulation, then the parties' settlement and this Stipulation shall be voidable at the sole discretion of either party.

16.   This Stipulation expresses a full and complete negotiated settlement of liability and damages claimed under the National Childhood Vaccine Injury Act of 1986, as amended, except as otherwise noted in paragraph 9 above. There is absolutely no agreement on the part of the parties hereto to make any payment or to do any act or thing other than is herein expressly stated and clearly agreed to. The parties further agree and understand that the award described in this Stipulation may reflect a compromise of the parties' respective positions as to liability and/or amount of damages, and further, that a change in the nature of the injury or condition or in the items of compensation sought, is not grounds to modify or revise this agreement.

DocuSign Envelope ID: 1A7EC151-5577-4054-9179-2B204446A987

17.     This Stipulation shall not be construed as an admission by the United States or the Secretary of Health and Human Services that petitioner sustained a SIRVA Table injury; that the Tdap vaccine caused any other injury; or that her current condition is a sequelae of a vaccine-related injury.

18.     All rights and obligations of petitioner hereunder shall apply equally to petitioner's heirs, executors, administrators, successors, and/or assigns.

END OF STIPULATION

DocuSign Envelope ID: 1A7EC151-5577-4054-9179-2B204446A987

Respectfully submitted,

**PETITIONER:**

NANCY SORGE

**ATTORNEY OF RECORD FOR PETITIONER:**

ELIZABETH K. ABRAMSON
Maglio Christopher & Toale Law Firm
1015 15th St. NW, Suite 1125
Washington, DC 20005
(888) 952-5242
eabramson@mctlaw.com

**AUTHORIZED REPRESENTATIVE OF THE SECRETARY OF HEALTH AND HUMAN SERVICES:**

George R. Grimes -S14  Digitally signed by George R. Grimes -S14
Date: 2023.03.02 19:38:23 -05'00'

CDR GEORGE REED GRIMES, MD, MPH
Director, Division of Injury
 Compensation Programs
Health Systems Bureau
Health Resources and Services
 Administration
U.S. Department of Health
 and Human Services
5600 Fishers Lane, 08N146B
Rockville, MD 20857

**AUTHORIZED REPRESENTATIVE OF THE ATTORNEY GENERAL:**

HEATHER L. PEARLMAN
Deputy Director
Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146

**ATTORNEY OF RECORD FOR RESPONDENT:**

EMILIE F. WILLIAMS
Trial Attorney
Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, DC 20044-0146
Tel: (202) 305-0124
Email: Emilie.williams@usdoj.gov

Dated: March 16, 2023

6